# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD WALKER,<br><br>    Plaintiff,<br><br>  v.<br><br>POLICE CHIEF JOHN DOE, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:19-cv-001546-LJO-SKO<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT**<br><br>**(Doc. 7)** |

    Plaintiff is proceeding pro se and *in forma pauperis* in a civil rights action pursuant to 42 U.S.C. § 1983. On January 28, 2020, Plaintiff filed an ex parte application to extend time to file his amended complaint until February 23, 2020. (Doc. 7.) Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted until February 23, 2020, in which to file his amended complaint.

IT IS SO ORDERED.

Dated: **January 30, 2020**                    /s/ *Sheila K. Oberto*
                                                                          UNITED STATES MAGISTRATE JUDGE