# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD WALKER, | Case No. 1:19-cv-01546-LJO-SKO |
| Plaintiff, | **ORDER DENYING APPLICATION FOR PERMISSION TO FILE ELECTRONICALLY** |
| v. | (Doc. 9) |
| POLICE CHIEF JOHN DOE, et al., | |
| Defendants. | |

Before the Court is Plaintiff Harold Walker's "Application for Permission for Electronic Filing." (Doc. 9.) Local Rule 133(b)(2) provides that "[a]ny person appearing pro se may *not* utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." Instead, "[a]ll parties shall file and serve paper documents as required by applicable Federal Rules of Civil . . . Procedure or by these [Local] Rules." E.D. Cal. Local Rule 133(b)(2). Nonetheless, a pro se party may "[r]equest to use paper or electronic filing as exceptions from these Rules" if (1) they submit a stipulation between the parties "as provided in [Local Rule] 143;" or (2) "if a stipulation cannot be had," by a "written motion[] setting out an explanation of reasons for the exception." E.D. Cal. Local Rule 133(b)(3).

Here, the application is neither stipulated to by the defendants, nor does it set forth an explanation of the reasons for the exception. The Court therefore finds that it is inappropriate in this matter to depart from the Local Rule that "[a]ny person appearing pro se may not utilize electronic filing." E.D. Cal. Local Rule 133(b)(2). Accordingly, the Court DENIES the application, (Doc. 9), subject to renewal upon a showing of sufficient reason to justify deviating from Local Rule 133(b)(2).

IT IS SO ORDERED.

Dated: **February 3, 2020**             /s/ *Sheila K. Oberto*
                                                             UNITED STATES MAGISTRATE JUDGE