UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD WALKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>POLICE CHIEF, et al.,<br><br>　　　　　Defendants. | NO. 1:19-cv-01546-NONE-SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DISMISS WITH PREJUDICE FOR PLAINTIFF'S FAILURE TO OBEY COURT ORDER, FAILURE TO STATE A CLAIM, AND FAILURE TO PROSECUTE<br><br>(Doc. No. 15) |

Plaintiff Harold Walker, proceeding pro se and *in forma pauperis*, filed this civil rights complaint against the City of Fresno, eight officers of the Fresno Police Department and three employees of Grocery Outlet on October 31, 2019. (Doc. No. 1.) In his original complaint, plaintiff attempted to plead claims for "making false statement[s] to police," false arrest, "false prosecution," excessive use of force, and municipal liability in violation of his Fourth and Fourteenth Amendment rights and rights under the California Constitution. (*Id*. at 5–7.) On December 12, 2019, the complaint was screened and the assigned magistrate found that plaintiff's complaint failed to state a cognizable claim. (Doc. No. 5.) Plaintiff was provided with the legal standards applicable to the claims he was attempting to assert so that he could determine if he wished to pursue his case and he was granted twenty-one (21) days leave to file an amended complaint in an attempt to cure the pleading deficiencies identified in the screening order. (*Id*.)

1  After the court granted him an extension of time to do so (*see* Doc. No. 8), plaintiff filed his First Amended Complaint on January 30, 2020. (Doc. No. 10.) On March 17, 2020, the assigned magistrate issued a second screening order again finding that plaintiff failed to state any cognizable claims and once again granted plaintiff twenty-one days leave to file an amended complaint to attempt to cure the pleading deficiencies identified in the screening order. (Doc. No. 13.) Plaintiff was served with the second screening order on April 20, 2020. (*See* Docket.) Although more than the allowed time passed since he was served with the second screening order, plaintiff failed to file an amended complaint or otherwise respond to the court's order.

Accordingly, on May 20, 2020, the magistrate judge issued an order to show cause ("OSC") requiring plaintiff to explain within twenty-one days why the action should not be dismissed for his failure to comply with the court's second screening order and for failure to state a claim. (Doc. No. 14.) Plaintiff was warned in both the second screening order and the OSC that the failure to comply with the court's order would result in a recommendation to the presiding district judge to dismiss this action. (*Id.*; *see also* Doc. No. 13.) Plaintiff did not file any response to the order to show cause.

Therefore, on June 18, 2020, the assigned magistrate judge issued findings and recommendations that the case be dismissed with prejudice due to plaintiff's failure to comply with the court's order to show cause, failure to prosecute, and failure to state a cognizable claim. (Doc. No. 15.) Plaintiff was granted twenty-one (21) days in which to file objections to the findings and recommendations. (*Id.*) The order was served on plaintiff by mail on June 18, 2020. (*See* Docket.) No objections have been filed, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued June 18, 2020 (Doc. No. 15), are ADOPTED IN FULL;

/////

2

2. This action is DISMISSED WITH PREJUDICE due to plaintiff's failure to state a claim, failure to obey a court order, and failure to prosecute this action; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**August 4, 2020**__                    _____/s/ Dale A. Drozd_____
                                                                UNITED STATES DISTRICT JUDGE